IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR388** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN BLACK, Jr.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, John Black, Jr. [11]. Good cause being shown, the motion to withdraw [21] is granted. CJA Attorney Joseph S. Risko has been appointed by separate order. Mr. Maloney shall forthwith provide Mr. Risko with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 16th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge