IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR388 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN J. BLACK, JR. | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that jury trial for the defendant, John J. Black, Jr., is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 27, 2006, at 8:30 a.m.**  Jury selection will be held on **February 21, 2006 at 8:30 a.m..**

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 16th day of February, 2006.

BY THE COURT:


 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge